# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1259
LT Case No. 2016-10890-CIDL

_____

CHARLES J. RHATIGAN and
CYNTHIA RHATIGAN,

     Appellants,

     v.

JP MORGAN CHASE BANK,
National Association,

     Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Richard A. Kalinoski, Christmas, for Appellants.

Elliot B. Kula, William D. Mueller, and W. Aaron Daniel, of Kula
& Associates, P.A., Miami, for Appellee.


June 4, 2024


PER CURIAM.

     AFFIRMED.


MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____